UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANIE BARTHLE,

    Plaintiff,

v.                                                      Case No. 8:09-cv-2100

NELSON, WATSON & ASSOCIATES, LLC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

JANIE BARTHLE (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, NELSON, WATSON & ASSOCIATES, LLC (Defendant), in this case.

Both sides to bear their own costs and expenses.

RESPECTFULLY SUBMITTED,

By: _/s/ Matthew W. Kiverts_____
Matthew W. Kiverts
FBN: 0013143
KROHN & MOSS, LTD.
120 W. Madison St., 10th Fl.
Chicago, Illinois 60602
T: (312) 578-9428 ext. 203
F: (866) 802-0021
mkiverts@consumerlawcenter.com
*Attorney for Plaintiff*